DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant
LINKEDIN CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAGMATUS AV, LLC<br><br>           Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., YOUTUBE, LLC, LINKEDIN CORPORATION, and PHOTBUCKET.COM, INC.<br><br>           Defendant. | Case No. 3:11-cv-00494-MEJ<br><br>**NOTICE OF WITHDRAWAL OF MCGUIREWOODS, LLP AS COUNSEL OF RECORD FOR DEFENDANT LINKEDIN CORPORATION**<br><br>Judge:   The Honorable Maria-Elena James |

TO THE CLERK OF THE COURT AND ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE that McGuireWoods, LLP and David Finkelson are withdrawn as counsel of record for LinkedIn Corporation in the above-entitled action. No other attorney of record is included in this withdrawal.

Dated: February 14, 2011          McGUIREWOODS LLP

By: ____/s/ David E. Finkelson____
DAVID E. FINKELSON

Attorneys for Defendant LINKEDIN CORPORATION

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Clement S. Roberts, attest that concurrence in the filing of this document has been obtained.

Dated: February 14, 2011          DURIE TANGRI LLP

By: ____/s/ Clement S. Roberts____
DARALYN J. DURIE
CLEMENT S. ROBERT
JOSEPH C. GRATZ

ATTORNEYS FOR DEFENDANT LINKEDIN CORPORATION

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that McGuireWoods, LLP shall be removed as attorney of record in the above-captioned matter.

Dated: 3/9/11

[signature]

THE HONORABLE ~~MARIA-ELENA JAMES~~
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on February 14, 2011 with a copy of this document via the Court's CM/ECF system, and by email and first-class mail.

<u>PLAINTIFF PRAGMATUS AV, LLC:</u>

| | |
|---|---|
| Mark W. Wasserman | mwasserman@reedsmith.com |
| Brent Ryan Gary | bgary@reedsmith.com |
| Matthew Robertson Sheldon | msheldon@reedsmith.com |

Reed Smith LLP
3110 Fairview Park Dr
Suite 1400
Falls Church, VA 22042
(703) 641-4200

<u>DEFENDANT FACEBOOK, INC.:</u>

| | |
|---|---|
| Justin Patrick Daniel Wilcox | jwilcox@cooley.com |
| Scott Allen Cole | scole@cooley.com |

Cooley LLP (VA)
Reston Town Center
One Freedom Sq
11951 Freedom Dr
Reston, VA 20190-5656
703-456-8000

<u>DEFENDANT YOUTUBE, LLC:</u>

Stefani Elise Shanberg        sshanberg@wsgr.com
Wilson Sonsini Goodrich & Rosati P.C.
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300

Veronica Susana Ascarrunz     vascarrunz@wsgr.com
Wilson Sonsini Goodrich & Rosati PC (DC)
1700 K St NW
Suite 500
Washington, DC 20006-3817
(202) 973-8812

<u>DEFENDANT LINKEDIN CORPORATION:</u>

David Evan Finkelson          dfinkelson@mcguirewoods.com
McGuireWoods LLP
901 E Cary St
Richmond, VA 23219-4030
(804) 775-1157

DEFENDANT PHOTBUCKET.COM, INC.:

| | |
|---|---|
| David Marion Foster | dfoster@fulbright.com |
| Kimberly Sullivan Walker | kwalker@fulbright.com |

Dated: February 14, 2011

                                                            */s/ Clement S. Roberts*
                                                            CLEMENT S. ROBERTS