IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS AV LLC, | No. C 11-00494 SI |
|     Plaintiff, | **ORDER DENYING MOTIONS AS MOOT** |
|    v. | |
| FACEBOOK INC., ET AL., | |
|     Defendants. | |

Defendants Facebook, Inc., YouTube, LLC, LinkedIn Corp., and Photobucket.com, Inc., have each filed motions to dismiss, asking in the alternative for a more definite statement. *See* Docs. 15, 25, 30, 34. Since defendants' motions were filed, plaintiff Pragmatus AV LLC has filed an amended complaint. *See* Doc. 102. Defendants' motions are DENIED as moot, and the motion hearing set for May 6, 2011 is VACATED. (Docs. 15, 25, 30, 34.)

**IT IS SO ORDERED.**

Dated: April 21, 2011

SUSAN ILLSTON
United States District Judge