| | |
|---|---|
| 1 | COOLEY, LLP |
| 2 | HEIDI L. KEEFE (178960) (hkeefe@cooley.com)<br>MARK WEINSTEIN (193043) (mweinstein@cooley.com) |
| 3 | 3175 Hanover Street<br>Palo Alto, CA 94304-1130 |
| 4 | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 5 | COOLEY LLP |
| 6 | MICHAEL G. RHODES (116127) (mrhodes@cooley.com)<br>101 California Street, 5th Floor |
| 7 | San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000 |
|  | Facsimile: (415) 639-2222 |

JUSTIN PATRICK DANIEL WILCOX (*PRO HAC VICE*)
*(jwilcox@cooley.com)*
SCOTT ALLEN COLE (*PRO HAC VICE*)
(scole@cooley.com)
Reston Town Center
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Attorneys for Defendant
FACEBOOK, INC.

**IT IS SO ORDERED**
/s/ Edward J. Davila
Judge Edward J. Davila
7/11/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **PRAGMATUS AV, LLC,** | Case No. 5: 11-CV-00494-EJD |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL.** |
| v. | |
| **FACEBOOK, INC., YOUTUBE, LLC, LINKEDIN CORPORATION, and PHOTOBUCKET.COM, INC.,** | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Matthew P. Gubiotti is no longer associated with Cooley LLP and therefore is no longer attorney of record for defendant Facebook, Inc.  Please remove Mr. Gubiotti's name from the Court's record and service list.

Dated: July 8, 2011                              COOLEY LLP

/s/ *Heidi L. Keefe*
Heidi L. Keefe

Attorneys for Defendant
Facebook, Inc.