UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**PRAGMATUS AV, LLC,**

    Plaintiff,

v.

**FACEBOOK, INC., et al.,**

    Defendants.

Case No. 5:11-CV-00494-EJD

[PROPOSED] ORDER RE JUNE 29, 2011 INITIAL CASE MANAGEMENT HEARING

The parties appeared before the Court for the scheduled June 29, 2011 Initial Case Management Hearing. Having reviewed the parties' Case Management Statement, Supplemental Case Management Statement, and Proposed Discovery plan and considered the parties' arguments during the hearing, the Court ORDERS as follows:

1. The parties' February 2, 2011 agreement staying all discovery and disclosure deadlines is continued to September 15, 2011.

2. The deadline for Plaintiff to file a brief in opposition to Defendants' Joint Motion to Stay Case Pending *Inter Partes* Reexamination of Patents-in-Suit ("Joint Stay Motion") (Dkt. No. 125) is August 12, 2011.

3. The Court will conduct a hearing on Defendants' Joint Stay Motion on September 15, 2011 at 1:30 pm. During this hearing, the Court also will review the status of the continued stay of discovery and disclosure deadlines pursuant to the parties' February 2, 2011 agreement.

4. The Court invites the parties to meet and confer and seek adjustment of the above schedule as appropriate if the U.S. Patent and Trademark Office grants the *inter partes* reexamination requests for the patents-in-suit and/or issues an office action in connection with those requests prior to September 8, 2011.

Dated:   July 11, 2011

_____
DISTRICT JUDGE EDWARD J. DAVILA