1  STEFANI E. SHANBERG, State Bar No. 206717
      Email: sshanberg@wsgr.com
2  ROBIN L. BREWER, State Bar No. 253686
      Email: rbrewer@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   LARRY L. SHATZER (*Pro Hac Vice*)
7     Email: lshatzer@wsgr.com
   VERONICA S. ASCARRUNZ *(Pro Hac Vice)*
8     Email: vascarrunz@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   1700 K Street, NW
10 Fifth Floor
   Washington, DC 20006
11 Telephone: (202) 973-8800
   Facsimile: (202) 973-8099
12
   Attorneys for Defendant
13 YOUTUBE, LLC

David T. Pollock (SBN 217546)
   Email: dpollock@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415-543-8700
Facsimile: 415-391-8269

Mark W. Wasserman (*Pro Hac Vice*)
   Email: mwasserman@reedsmith.com
Matthew R. Sheldon (*Pro Hac Vice*)
   Email: msheldon@reedsmith.com
Brent R. Gary (*Pro Hac Vice*)
   Email: bgary@reedsmith.com
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: 703-641-4200
Facsimile: 703-641-4340

Attorneys for Plaintiff, Pragmatus AV, LLC

14 Additional Counsel Listed on the Signature Pages

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PRAGMATUS AV, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., YOUTUBE, LLC, LINKEDIN CORPORATION, and PHOTOBUCKET.COM, INC., <br><br> Defendants. | CASE NO.: C11-00494-EJD <br><br> [PROPOSED] <br> **ORDER AND STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY CASE PENDING ORDER IN** *INTER PARTES* **REEXAMINATION OF PATENTS-IN-SUIT** |

[PROPOSED] ORDER AND STIPULATION
EXTENDING BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO STAY CASE
CASE NO.: C11-00494-EJD

4465760

WHEREAS, Defendant YouTube, LLC ("YouTube") filed a Request for *Inter Partes* Reexamination ("Reexamination Request") with the Patent and Trademark Office ("PTO") for the patents-in-suit on June 8, 2011;

WHEREAS, on June 17, 2011, Defendants moved this Court to stay the case pending reexamination (*see* "Motion to Stay," Dkt. No. 125);

WHEREAS, on June 20, 2011, Defendants also filed an Administrative Motion requesting an earlier hearing date on its motion to stay (Dkt. No. 127);

WHEREAS, a case management conference was held on June 29, 2011, before the Honorable Edward J. Davila;

WHEREAS, following the case management conference, the Court advanced the Hearing on the Motion to Stay to September 15, 2011 (Dkt. No. 135);

WHEREAS, the Court further set the deadline for Plaintiff to file a brief in opposition to Defendants' Motion to Stay for August 12, 2011 (Dkt. No. 135);

WHEREAS, the PTO has not yet issued an order on the pending reexamination requests for the patents-in-suit; and

WHEREAS, the parties have agreed to extend the briefing schedule so the deadline for Plaintiff's opposition to Defendants' Motion to Stay is the earlier of seven days after Plaintiff receives any order issued by the PTO on the Reexamination Requests or August 25.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel undersigned, that:

The deadline for Plaintiff to file its opposition to Defendants' Motion to Stay is the earlier of seven days after Plaintiff receives any order issued by the PTO on the Reexamination Requests or August 25.

1  Dated: August 11, 2011

2  REED SMITH LLP                                              COOLEY LLP

3  By /s/ David T. Pollock                                     By /s/ Heidi L. Keefe
       David T. Pollock (SBN 217546)                              Heidi L. Keefe, State Bar No. 178960
4      Email: dpollock@reedsmith.com                              Email: hkeefe@cooley.com
       101 Second Street, Suite 1800                              Mark R. Weinstein, State Bar No. 193043
5      San Francisco, CA  94105-3659                              Email: mweinstein@cooley.com
       Telephone: 415-543-8700                                    Michael G. Rhodes, State Bar No. 116127
6      Facsimile:  415-391-8269                                   Email: mrhodes@cooley.com
                                                                  3175 Hanover Street
7      Mark W. Wasserman (*Admitted Pro Hac Vice*)                Palo Alto, CA 94304-1130
       Email: mwasserman@reedsmith.com                            Telephone: (650) 843-5000
8      Matthew R. Sheldon (*Admitted Pro Hac Vice*)               Facsimile: (650) 849-7400
       Email: msheldon@reedsmith.com
9      Brent R. Gary (*Admitted Pro Hac Vice*)                    Justin P.D. Wilcox (*Pro Hac Vice*)
       Email: bgary@reedsmith.com                                 Email: jwilcox@cooley.com
10     3110 Fairview Park Drive, Suite 1400                       Scott A. Cole (*Pro Hac Vice*)
       Falls Church, Virginia  22042                              Email: scole@cooley.com
11     Telephone:  703-641-4200                                   11951 Freedom Drive
       Facsimile:   703-641-4340                                  Reston, VA 20171
12                                                                Telephone: (703) 456-8000
   *Counsel for Plaintiff, Pragmatus AV, LLC*                     Facsimile: (703) 456-8100
13
                                                                  Attorneys for Defendant
14                                                                FACEBOOK, INC.

15 WILSON SONSONI GOODRICH & ROSATI                            DURIE TANGRI LLP

16 By /s/ Stefani E. Shanberg                                  By /s/ Daralyn J. Durie
       Stefani E. Shanberg, State Bar No. 206717                  Daralyn J. Durie (SBN 169825)
17     Email: sshanberg@wsgr.com                                  ddurie@durietangri.com
       Robin L. Brewer, State Bar No. 253686                      Clement S. Roberts (SBN 209203)
18     Email: rbrewer@wsgr.com                                    croberts@durietangri.com
       650 Page Mill Road                                         Joseph C. Gratz (SBN 240676)
19     Palo Alto, CA 94304-1050                                   jgratz@durietangri.com
       Telephone: (650) 493-9300                                  217 Leidesdorff Street
20     Facsimile: (650) 565-5100                                  San Francisco, CA 94111
                                                                  Telephone: 415-362-6666
21     Larry L. Shatzer (*Pro Hac Vice*)                          Facsimile: 415-236-6300
       Email: lshatzer@wsgr.com
22     Veronica S. Ascarrunz (*Pro Hac Vice*)                     Attorneys for Defendant
       Email: vascarrunz@wsgr.com                                 LINKEDIN CORPORATION
23     1700 K Street, NW
       Fifth Floor
24     Washington, DC 20006
       Telephone: (202) 973-8800
25     Facsimile: (202) 973-8099

26     Attorneys for Defendant
       YOUTUBE, LLC
27

28

[PROPOSED] ORDER AND STIPULATION                     -2-                                           4465760
EXTENDING BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO STAY CASE
CASE NO.: C11-00494-EJD

| | |
|---|---|
| 1 | FULBRIGHT & JAWORSKI LLP |
| 2 | By */s/ Dan D. Davison* |
| | John A. O'Malley, State Bar No. 101181 |
| 3 | Email:  jomalley@fulbright.com |
| | Aaron D. Gopen, State Bar No. 268451 |
| 4 | Email:  agopen@fulbright.com |
| | 555 South Flower Street |
| 5 | Forty-First Floor |
| | Los Angeles, CA 90071 |
| 6 | Telephone:  (213) 892-9200 |
| | Facsimile:  (213) 892-9494 |
| 7 | |
| | Richard S. Zembek *(Pro Hac Vice)* |
| 8 | Email:  rzembek@fulbright.com |
| | George W. Jordan, III *(Pro Hac Vice)* |
| 9 | Email:  gjordan@fulbright.com |
| | Fulbright Tower |
| 10 | 1301 McKinney |
| | Suite 5100 |
| 11 | Houston, TX  77010-3095 |
| | Telephone:  (713) 651-5151 |
| 12 | Facsimile:  (713) 651-5246 |
| 13 | Dan D. Davison (*Pro Hac Vice*) |
| | Email:  ddavison@fulbright.com |
| 14 | Miriam L. Quinn (*Pro Hac Vice*) |
| | Email:  mquinn@fulbright.com |
| 15 | FULBRIGHT & JAWORSKI LLP |
| | 2200 Ross Avenue |
| 16 | Suite 2800 |
| | Dallas, TX  75201-2784 |
| 17 | Telephone:  (214) 855-8000 |
| | Facsimile:  (214) 855-8200 |
| 18 | |
| | Attorneys for Defendant |
| 19 | PHOTOBUCKET.COM, INC. |
| 20 | |
| 21 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 22 | |
| | DATED: _August 12, 2011_____      _____ |
| 23 | The Honorable Edward J. Davila |

[PROPOSED] ORDER AND STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY CASE
CASE NO.: C11-00494-EJD

-3-

4465760

## ATTESTATION CLAUSE

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation Extending Briefing Schedule for Defendants' Motion to Stay Case Pending Order in *Inter Partes* Reexamination of Patents-in-Suit.  In compliance with General Order 45.X.B., I hereby attest that David T. Pollock of Reed Smith LLP, Heidi L. Keefe of Cooley LLP, Daralyn J. Durie of Durie Tangri LLP, and Dan D. Davison of Fulbright & Jaworski LLP have concurred in this filing.

Dated:  August 11, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ Stefani E. Shanberg*
　　　　　Stefani E. Shanberg

Attorneys for Defendant
YOUTUBE, LLC

[PROPOSED] ORDER AND STIPULATION
EXTENDING BRIEFING SCHEDULE FOR
DEFENDANTS' MOTION TO STAY CASE
CASE NO.: C11-00494-EJD

-1-

4465760