David T. Pollock (SBN 217546)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415-543- 8700
Facsimile: 415-391-8269

Mark W. Wasserman (*Admitted Pro Hac Vice*)
Matthew R. Sheldon (*Admitted Pro Hac Vice*)
Brent R. Gary (*Admitted Pro Hac Vice*)
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: 703-641-4200
Facsimile: 703-641-4340

Attorneys for Plaintiff, Pragmatus AV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　　　Defendants. | No.: 5:11cv00494-EJD<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON DEFENDANTS' MOTION TO STAY CASE PENDING *INTER PARTES* REEXAMINATION OF PATENTS-IN-SUIT**<br><br>**JUDGE EDWARD J. DAVILA** |

Plaintiff Pragmatus AV, LLC ("Pragmatus"), by counsel, moves for leave of Court to file the supplemental brief attached hereto as Exhibit 1. The brief relates to the defendants' Motion to Stay Pending *Inter Partes* Reexamination of Patents-in-Suit ("Motion to Stay") which this Court presently has under advisement.

Pragmatus seeks leave of Court to correct the record relating to defendants' Motion to Stay. At the hearing on September 15, 2011, the defendants stated that they had *not* asserted in the '813 patent reexamination that the Kappe reference anticipated and invalidated the '813 patent under 35 U.S.C. § 102.

The truth, however, is that the defendants *did* make exactly that assertion in the '813 patent reexamination – three separate times.

Pragmatus believes the Court should make its decision on the defendants' Motion to Stay based on accurate record. That record is set forth in Pragmatus' supplemental brief.

This Court granted similar relief at the defendants' request. Specifically, the defendants requested leave of Court to file a supplemental filing on their Motion to Stay, which the Court granted on September 14, 2011. Pragmatus consented to the defendants' request.

Pragmatus requests similar relief here, and further submits that such relief is in the interest of justice because it corrects the record, which presently is inaccurate.

WHEREFORE, Pragmatus requests leave of Court to file the supplemental brief attached hereto as Exhibit 1.

REED SMITH LLP

By   /s/David T. Pollock
    David T. Pollock
    Email: dpollock@reedsmith.com

    Mark W. Wasserman (*admitted pro hac vice*)
    Email: mwasserman@reedsmith.com
    Matthew R. Sheldon (*admitted pro hac vice*)
    Email: msheldon@reedsmith.com
    Brent R. Gary (*admitted pro hac vice*)
    Email: bgary@reedsmith.com

*Counsel for Plaintiff, Pragmatus AV, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2011, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Heidi Lyn Keefe, Esq.
Mark R. Weinstein, Esq.
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304
hkeefe@cooley.com
mgubiotti@cooley.com
mweinstein@cooley.com
*Counsel for Defendant, Facebook, Inc.*

Robin Lynn Brewer, Esq.
Stefani Elise Shanberg, Esq.
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
rbrewer@wsgr.com
sshanberg@wsgr.com
*Counsel for Defendant, YouTube, LLC*

Daralyn Jean Durie, Esq.
Joseph C. Gratz, Esq.
Clement Seth Roberts, Esq.
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, California 94111
ddurie@durietangri.com
jgratz@durietangri.com
croberts@durietangri.com
*Counsel for Defendant, LinkedIn Corporation*

John A. O'Malley, Esq. (Bar #101181)
Aaron D. Gopen (Bar #268451)
Fulbright & Jaworski LLP
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
jomalley@fulbright.com
agopen@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

David M. Foster, Esq.
Kimberly S. Walker, Esq.
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
dfoster@fulbright.com
kwalker@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

Justin P.D. Wilcox, Esq.
Scott A. Cole, Esq.
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
jwilcox@cooley.com
scole@cooley.com
*Counsel for Defendant, Facebook, Inc.*

Dan Duncan Davison, Esq.
Miriam Latorre Quinn, Esq.
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201
ddavison@fulbright.com
mquinn@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

George W. Jordan, III, Esq.
Richard S. Zembek, Esq.
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
gjordan@fulbright.com
rzembek@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

Veronica S. Ascarrunz, Esq.
Larry L. Shatzer, Esq.
Wilson, Sonsini, Goodrich & Rosati
1700 K Street, N.W.
Fifth Floor
Washington, D.C. 200006-3817
vascarrunz@wsgr.com
lshatzer@wsgr.com
*Counsel for Defendant, YouTube, LLC*

- 4 -

Michael G. Rhodes, Esq.
Cooley LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
mrhodes@cooley.com
*Counsel for Defendant, Facebook, Inc.*

        */s/David T.Pollock*
David T. Pollock
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

*Counsel for Plaintiff, Pragmatus AV, LLC*

# EXHIBIT 1

David T. Pollock (SBN 217546)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415-543- 8700
Facsimile: 415-391-8269

Mark W. Wasserman (*Admitted Pro Hac Vice*)
Matthew R. Sheldon (*Admitted Pro Hac Vice*)
Brent R. Gary (*Admitted Pro Hac Vice*)
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: 703-641-4200
Facsimile: 703-641-4340

Attorneys for Plaintiff, Pragmatus AV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　Defendants. | No.: 5:11cv00494-EJD<br><br>**PLAINTIFF'S SUPPLEMENTAL BRIEF ON DEFENDANTS' MOTION TO STAY CASE PENDING *INTER PARTES* REEXAMINATION OF PATENTS-IN-SUIT**<br><br>**JUDGE EDWARD J. DAVILA** |

Plaintiff Pragmatus AV, LLC ("Pragmatus"), by counsel, submits this supplemental brief on Defendant's Motion to Stay Case Pending *Inter Partes* Reexamination of Patents-in-Suit ("Motion to Stay").

On June 17, 2011, the defendants filed their Motion to Stay. Pragmatus filed its opposition on August 25, 2011. The defendants filed their reply on September 1, 2011.

On September 12, 2011 defendants filed a motion for leave to file a supplemental declaration in support of their Motion to Stay. The supplemental declaration concerned the '813 patent, including the PTO's Order Granting Request for *Inter Partes* Reexamination, and the PTO's Office Action for *Inter Partes* Reexamination. Pragmatus did not oppose the defendants' motion. The Court granted the motion on September 14, 2011.

On September 15, 2011, the parties argued the Motion to Stay. Pragmatus' counsel stated that the reexamination of the '813 patent was "unraveling" because the PTO had rejected the defendants' assertion that the Kappe reference anticipated the '813 patent under § 102. *See* Transcript, pp. 23-24, attached as Exhibit A.

Defendants' counsel responded that she "wanted to correct the record" and that defendants had ***not*** asserted in the '813 patent reexamination that Kappe anticipated the '813 patent under § 102:

> I just wanted to correct the record with respect to what happened in the '813. We never actually proposed a 102 anticipation SNQ to the patent office, it wasn't in the '813.
>
> If your honor turns to page 32 of our request for reexamination of the '813 you will see that the only thing we asked the patent office to do was find the patent invalid as obvious.

*See* Transcript, pp. 30-31, attached as Exhibit A.

The defendants' statements were incorrect. In fact, page 32 of the request for reexamination – the very page to which defendants' counsel referred –*did* assert that Kappe anticipated the '813 patent pursuant to § 102. Specifically, defendants asserted that Kappe anticipated claims "1-7, 9-17

and 19-20" under "§ 102(b)," as shown in claim chart "CC-K1."[*] *See* Request for Reexamination of '813 patent "SNQ K1", p. 32 (attached as Exhibit B). Defendants made *exactly* the same assertion – that Kappe anticipated these claims of the '813 patent under section 102 – on page 7 of the request for reexamination.

In addition, the request for reexamination of the '813 patent explicitly states:

> Kappe raises an SNQ as to whether independent claims 1 and 11 and dependent claims 2-7, 9-10, 12-17 and 19-20 of the '813 patent are unpatentable as being ***anticipated by Kappe under 35 U.S.C. § 102(b)***.

*See* Request for Reexamination, p. 73 (emphasis added).

Therefore, as Pragmatus stated, defendants *did* assert that Kappe anticipated the '813 patent under §102, and the PTO squarely *rejected* that claim.

In view of the above, Pragmatus respectfully requests the Court to deny the defendants' motion to stay.

                                        REED SMITH LLP

By   /s/David T. Pollock
      David T. Pollock (SBN 217546)
      Email: dpollock@reedsmith.com

      Mark W. Wasserman (*admitted pro hac vice*)
      Email: mwasserman@reedsmith.com
      Matthew R. Sheldon (*admitted pro hac vice*)
      Email: msheldon@reedsmith.com
      Brent R. Gary (*admitted pro hac vice*)
      Email: bgary@reedsmith.com

*Counsel for Plaintiff, Pragmatus AV, LLC*

---

[*] The 76 page claim chart referred to, chart "CC-K1," also refers to the Kappe reference as the "Basis of proposed rejections" under "35 U.S.C. § 102(b)."

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2011, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Heidi Lyn Keefe, Esq.
Mark R. Weinstein, Esq.
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304
hkeefe@cooley.com
mgubiotti@cooley.com
mweinstein@cooley.com
*Counsel for Defendant, Facebook, Inc.*

Robin Lynn Brewer, Esq.
Stefani Elise Shanberg, Esq.
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
rbrewer@wsgr.com
sshanberg@wsgr.com
*Counsel for Defendant, YouTube, LLC*

Daralyn Jean Durie, Esq.
Joseph C. Gratz, Esq.
Clement Seth Roberts, Esq.
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, California 94111
ddurie@durietangri.com
jgratz@durietangri.com
croberts@durietangri.com
*Counsel for Defendant, LinkedIn Corporation*

John A. O'Malley, Esq. (Bar #101181)
Aaron D. Gopen (Bar #268451)
Fulbright & Jaworski LLP
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
jomalley@fulbright.com
agopen@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

David M. Foster, Esq.
Kimberly S. Walker, Esq.
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
dfoster@fulbright.com
kwalker@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

Justin P.D. Wilcox, Esq.
Scott A. Cole, Esq.
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
jwilcox@cooley.com
scole@cooley.com
*Counsel for Defendant, Facebook, Inc.*

Dan Duncan Davison, Esq.
Miriam Latorre Quinn, Esq.
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201
ddavison@fulbright.com
mquinn@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

George W. Jordan, III, Esq.
Richard S. Zembek, Esq.
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
gjordan@fulbright.com
rzembek@fulbright.com
*Counsel for Defendant, Photobucket.com, Inc.*

Veronica S. Ascarrunz, Esq.
Larry L. Shatzer, Esq.
Wilson, Sonsini, Goodrich & Rosati
1700 K Street, N.W.
Fifth Floor
Washington, D.C. 200006-3817
vascarrunz@wsgr.com
lshatzer@wsgr.com
*Counsel for Defendant, YouTube, LLC*

- 4 -

Michael G. Rhodes, Esq.
Cooley LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
mrhodes@cooley.com
*Counsel for Defendant, Facebook, Inc.*

          */s/ David Pollock*
David T. Pollock
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

*Counsel for Plaintiff, Pragmatus AV, LLC*